IN THE SUPREME COURT OF NORTH CAROLINA

2021-NCSC-17

No. 22A20

Filed 12 March 2021

RED VALVE, INC., and HILLENBRAND, INC.

v.

TITAN VALVE, INC., BEN PAYNE, FABIAN AEDO ORTIZ, and JOHN DOES 1–10

Appeal pursuant to N.C.G.S. § 7A-27(a)(3) from an order and opinion on plaintiffs' verified motion for order to show cause and second motion for sanctions and contempt entered on 3 September 2019 and an order and opinion on plaintiffs' petition for reasonable expenses resulting from plaintiffs' second motion for sanctions entered on 5 September 2019 by Judge Louis A. Bledsoe III, Chief Special Superior Court Judge for Complex Business Cases, in Superior Court, Mecklenburg County, after the case was designated a mandatory complex business case by the Chief Justice pursuant to N.C.G.S. § 7A-45.4(a). Heard in the Supreme Court on 16 February 2021.

*Nelson Mullins Riley & Scarborough LLP, by Benjamin S. Chesson, David N. Allen, and Anna C. Majestro, for plaintiff-appellees.*

*Bell, Davis & Pitt, PA., by Joshua B. Durham and Edward B. Davis, for defendant-appellants.*

PER CURIAM.

*Opinion of the Court*

AFFIRMED.[1]

---

[1] The order and opinion of the North Carolina Business Court entered on 3 September 2019, 2019 NCBC 56, is available at https://www.nccourts.gov/assets/documents/opinions/2019_NCBC_56.pdf, and the order and opinion of the North Carolina Business Court entered on 5 September 2019, 2019 NCBC 57, is available at https://www.nccourts.gov/assets/documents/opinions/2019_NCBC_57.pdf.